UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINDSEY BEAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ALASKA USA FEDERAL CREDIT UNION, a Alaska corporation,<br><br>    Defendant. | NO.  1:14-CV-03008-SAB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CASE PURSUANT TO FRCP41 (a)(2)** |

 Before the Court is Plaintiff's Motion for Voluntary Dismissal of Case Pursuant to FRCP 41(a)(2), ECF No. 21. The motion was heard without oral argument and on an expedited basis.

Plaintiff asks the Court to dismiss the above-captioned action without prejudice, and without costs or attorney fees to either party. Defendant did not file an objection to the motion.

Accordingly**, IT IS HEREBY ORDERED:**

1.  Plaintiff's Motion for Voluntary Dismissal of Case Pursuant to FRCP 41(a)(2), ECF No. 21, is **GRANTED**.

2. Plaintiff's Motion to Expedite, ECF No. 22, is **GRANTED**.

3. The above-captioned case is **dismissed** without prejudice and without costs or attorney fees to either party.

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CASE PURSUANT TO FRCP41 (a)(2)** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order, provide copies to counsel, and close the file.
3      **DATED** this 27th day of August, 2014.



STANLEY A. BASTIAN
United States District Judge

**ORDER GRANTING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CASE PURSUANT TO FRCP41 (a)(2)** ~ 2